UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22191-JEM

RICK VINCENT GARCIA, individually and on
behalf of others similarly situated,

      Plaintiff,

vs.

FCA US LLC,

      Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

**THIS MATTER**, having come before the Court upon the Order Granting Motion to Dismiss [DE 54], it is

**ORDERED** and **ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers, Miami, Florida this 4th day of June 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE