UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22191-CIV-MARTINEZ-OTAZO-REYES

RICK-VINCENT GARCIA, individually and on
behalf of others similarly situated,

    Plaintiff,

vs.

FCA US LLC, a Michigan Limited Liability
Company,

    Defendant.
_____/

### AMENDED FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court Plaintiff's Motion for Relief from Final Order of Dismissal, (ECF No. 56). It is hereby

**ORDERED AND ADJUDGED** that

1. Plaintiff Motion for Relief, (ECF No. 56), is **GRANTED**.

2. This action is **DISMISSED** without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of February, 2022.

                                                        _____
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record